DASPIN D. GONEDES, Respondent, v. THOMAS GONEDES, Appellant. (Appeal No. 2.) No opinion. Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.

In the Matter of HAROLD M. LEEDS, Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents. Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ., concur.

In the Matter of LEO OVERLAND, Respondent, against LE ROY FOODS, INC., et al., Appellants.— Respondent was removed as a director of appellant corporation prior to the making of the order under review, albeit after the institution of this proceeding. Upon being relieved of his duty to participate in the direction of the corporation's affairs, he no longer had the status which would entitle him absolutely to the examination. (Cf. *Matter of Bellman* v. *Standard Match Co.*, 208 App. Div. 4.) Nolan, P. J., Carswell, Wenzel, MacCrate and Schmidt, JJ., concur.